IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIAN DOUGLAS SMITH,<br><br>       Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY CORRECTIONAL,<br><br>       Defendant. | Civil Action<br>No. 16-6104 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Christian Douglas Smith seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    According to the submitted application, Plaintiff earned an average of $10,000 per month in the last 12 months and expects an income of $2,000 this month. After taking the listed monthly expenses into consideration, Plaintiff can afford the $350 filing fee and $50 administrative fee. The Court will therefore deny the IFP application. If Plaintiff believes the submitted application does not reflect the totality of his financial circumstances, he may submit a new application.

    An appropriate order follows.

**October 19, 2016**                             **s/ Jerome B. Simandle**
Date                                             JEROME B. SIMANDLE
                                                         Chief U.S. District Judge